# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1863
LT Case No. 2018-DP-87

_____

J.K., Father of S.K., N.K., and
L.S.K., Children,

    Appellant,

    v.

DEPARTMENT OF CHILDREN
AND FAMILIES,

    Appellee.

_____


On appeal from the Circuit Court for Lake County.
Cary Frank Rada, Judge.

Lawrence P. Cartelli, of Lawrence P. Cartelli, P.A., Tavares,
for Appellant.

Rachel Batten, of Children's Legal Services, Department of
Children and Families, Brooksville, for Appellee.

Sara Elizabeth Goldfarb, Statewide Director of Appeals, and
Stephanie E. Novenario, Senior Attorney, of Statewide Guardian
ad Litem Office, Tallahassee, for Guardian ad Litem o/b/o S.K.,
N.K., and L.S.K.


January 3, 2024


PER CURIAM.

AFFIRMED.

WALLIS, HARRIS, and PRATT, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————